# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO L. JONES,<br><br>        Petitioner,<br><br>   v.<br><br>PAUL M. SCHULTZ,<br><br>        Respondents.<br>_____ / | CV F   05-00255 AWI SMS HC<br><br>ORDER REGARDING PETITIONER'S MOTION TO AMEND SCHEDULING ORDER<br><br>[Doc. 7]<br><br>ORDER DIRECTING RESPONDENT TO FILE STATUS REPORT REGARDING PREPARATION OF RESPONSE TO PETITION |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    Petitioner filed the instant petition for writ of habeas corpus on February 22, 2005, and paid the filing fee for this action on March 29, 2005. On April 7, 2005, the Court directed Respondent to file a response to the petition, the response is currently due on or before June 9, 2005.

    On April 19, 2005, Petitioner filed a motion to amend the scheduling order.[1] In the motion, Petitioner contends that he scheduled for release to a halfway house on June 30, 2005, and irreparable harm may result if the petition is not resulted expeditiously.[2]

    Because of the time sensitivity presented in this petition, the Court will direct Respondent to file a status report regarding the status of the filing of a response indicating how much time is

---

[1] Petitioner filed a second request on May 10, 2005.

[2] This is the same claim that Petitioner presents in his petition.

1

necessary to prepare the response to the petition prior to the pending June 9, 2005, deadline.

Accordingly, it is HEREBY ORDERED that within **three (3) court** days from the date of service of this order, Respondent shall file a status report indicating the status of its response and/or the length of time that is needed to prepare its response, in light of Petitioner's request to modify the scheduling order.

IT IS SO ORDERED.

**Dated:   May 12, 2005**              /s/ Sandra M. Snyder
icido3                          UNITED STATES MAGISTRATE JUDGE