# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO L. JONES,<br><br>      Petitioner,<br><br>   v.<br><br>PAUL M. SCHULTZ,<br><br>      Respondents.<br>_____/ | CV F   05-00255 AWI SMS HC<br><br>ORDER REGARDING PETITIONER'S MOTIONS FOR EXPEDITED REVIEW AND ORDER MODIFYING SCHEDULING ORDER<br><br>[Docs. 7, 10] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    Petitioner filed the instant petition on February 22, 2005. On April 7, 2005, the Court directed Respondent to file a response to the petition, and the response is currently due on or before June 9, 2005.

    On April 19, 2005, and May 10, 2005, Petitioner filed motions to amend the scheduling order.[1] On May 13, 2005, the Court directed Respondent to file a status report regarding the preparation of its response to the instant petition. Respondent promptly filed a status report on May 18, 2005, indicating that a response can be filed on Friday, May 27, 2005. The Court will therefore modify the scheduling order in an attempt to resolve the instant petition.

///

---

[1] In the motions, Petitioner contends that he is scheduled for release to a halfway house on June 30, 2005, and irreparable harm may result if the petition is not resolved expeditiously.

1

     Accordingly, it is HEREBY ORDERED that:

1. Respondent's response to the petition is due on or before **May 27, 2005**;

2. Petitioner's traverse is due on or before **June 17, 2005**;[2] and

3. All other provisions of the Court's April 7, 2005, order remain in full force and effect.

IT IS SO ORDERED.

**Dated:   May 24, 2005**           /s/ Sandra M. Snyder
icido3                              UNITED STATES MAGISTRATE JUDGE

---

[2] Because of Petitioner's claim that the petition need be resolved expeditiously, the Court has shortened the time frame for Petitioner to file a traverse, as the Court's April 7, 2005, order gave Petitioner thirty days to file a traverse. If more time is needed Petitioner must file a request for an extension of time. Petitioner should however bear in mind that briefing by the parties must be complete before the Court can issue a ruling on the petition.

2