# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO L. JONES, | CV F   05-00255 AWI SMS HC |
|    Petitioner, | ORDER GRANTING RESPONDENT'S REQUEST TO FILE PRESENTENCE REPORT UNDER SEAL |
|  v. | [Doc. 17] |
| PAUL M. SCHULTZ, | |
|    Respondents. | |
| _____/ | |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

   The presentence report referenced in Respondent's response to the instant petition for writ of habeas corpus is HEREBY ORDERED filed under seal.

IT IS SO ORDERED.

**Dated:    June 13, 2005**      _____/s/ Sandra M. Snyder_____
icido3         UNITED STATES MAGISTRATE JUDGE