UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO L. JONES,          )<br>                                          )<br>     Petitioner,                 )<br>                                          )<br>v.                                       )<br>                                          )<br>PAUL M. SCHULTZ,           )<br>                                          )<br>     Respondent.              )<br>_____) | 1:05-cv-00255-AWI-SMS-HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 21)<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT FOR RESPONDENT** |

Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On July 5, 2005, the Magistrate Judge filed Findings and Recommendations that the Petition for Writ of Habeas Corpus be DENIED, and that the Clerk of Court be directed to enter judgment in favor of Respondent.  These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  To date, the parties have not filed timely objections to the Findings and Recommendations.[1]

---

[1] The United States Postal Service returned the order served on Petitioner on July 14, 2005, as undeliverable.  A notation on the envelope indicated: Return to Sender - No longer at this facility.  However, Petitioner has not notified the court of any change in his address.  Absent such notice, service at a party's prior address is fully effective.  See Local Rule 83-182(d).

1

1 In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis. The Court notes, however, that the first sentence of the Findings and Recommendations incorrectly states that Petitioner is a "state" not "federal" prisoner.  That portion of the recommendation is not adopted and is hereby corrected.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 5, 2005, are ADOPTED IN FULL with the above correction;

2. The Petition for Writ of Habeas Corpus is DENIED; and,

3. The Clerk of Court enter judgment in favor of Respondent.

IT IS SO ORDERED.

**Dated:    August 23, 2005                             /s/ Anthony W. Ishii**
0m8i78                                                  UNITED STATES DISTRICT JUDGE